**Dismissed and Memorandum Opinion filed July 9, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00212-CV

---

### RAMONA B. HILL, Appellant

### V.

### THE RESERVE AT BRAES FOREST, Appellee

---

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1025581**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 7, 2013. The notice of appeal was filed March 7, 2013. To date, our records show that appellant has not paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also*; Tex. Gov't Code Ann. § 51.207.

On April 2, 2013, appellant filed a motion challenging the trial court's decision on indigence. On April 9, 2013, this court issued an order requiring appellant to file a motion to extend time to file her motion pursuant to Texas Rule of Appellate Procedure 20.1(j)(1). Appellant's motion challenging the trial court's decision was denied on May 9, 2013 because she did not file a motion for extension of time.

On May 30, 2013, this court ordered appellant to pay the appellate filing fee on or before June 14, 2013, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Brown, Christopher, and McCally.